IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FT. SMITH DIVISION

TARILYN SMITH                                                                    PLAINTIFF

V.                                    NO. 11-2106

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                 DEFENDANT

**J U D G M E N T**

　　　　For reasons stated in the Memorandum Opinion of this date, the Court hereby affirms the

decision of the ALJ. **The parties have sixty days from entry of the judgment on the docket**

**in which to appeal.**

　　　　IT IS SO ORDERED AND ADJUDGED this 19th day of June, 2012.


　　　　　　　　　　　　　　　　　　　　/s/ *Erin L. Setser*
　　　　　　　　　　　　　　　　　　　　HON. ERIN L. SETSER
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE